# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

February 2, 2022

**VIA ECF**
Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>Sosa v. Pratt Institute (1:21-CV-10550-LGS)</u>

Dear Judge Schofield:

Defendant Pratt Institute ("Defendant"), through its attorneys, Jackson Lewis P.C., submits this letter pursuant to Rule B(2) of Your Honor's Individual Rules and Procedures for Civil Cases to request a one-month adjournment of the Initial Conference scheduled to take place on February 9, 2022 at 4:30pm.

Defendant respectfully requests an adjournment of the initial conference to accommodate the parties' ongoing settlement discussions. Defendant's counsel of record, Jennifer S. Rusie, recently transferred from another firm to Jackson Lewis P.C. That transfer caused a halt in settlement negotiations due to the inaccessibility of this file during the same. Counsel for Plaintiff consents to this request. This is Defendant's first request for an extension of this deadline.

Thank you for your consideration of this request.

Respectfully submitted,

Jennifer S. Rusie
(615) 241-9841
Jennifer.rusie@jacksonlewis.com
Jackson Lewis P.C.

---

The application for an adjournment is **GRANTED**. The initial pretrial conference scheduled for February 9, 2022, is **adjourned** to **March 9, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. By **March 2, 2022**, the parties shall file a joint letter and proposed case management plan and scheduling order. The Clerk of Court is respectfully directed to close the motion at Docket No. 10.

Dated: February 2, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE