UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YONY SOSA,
                             Plaintiff,

                -against-

PRATT INSTITUTE,

                            Defendant.
------------------------------------------------------------X

21 Civ. 10550 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial conference is scheduled for March 9, 2022, at 4:30 p.m.

    WHEREAS, the Order, dated February 2, 2022, required the parties to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference.

    WHEREAS, the parties filed to file the joint letter and proposed case management plan. It is hereby

    **ORDERED** that the parties shall file the joint letter and proposed case management plan by **March 4, 2022**.

Dated: March 3, 2022
       New York, New York

                                               LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE